# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2911
LT Case No. 2020-CA-007080

_____

MERCEDIA MYERS, as Personal
Representative of the Estate of
Roderick S. Hines, Jr.,

Appellant,

v.

KENNARD INVESTMENTS, II, L.C.
BEACH COIN LAUNDRY a/k/a Qin,
LLC, and KENNARD JENNISON
ENDEAVORS, LLC,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
G.L. Feltel, Jr., Judge.

A. Jordan Felix, Jacksonville, for Appellant.

Scott A. Cole and Francesca M. Stein, of Cole, Scott &
Kissane, P.A., Miami, for Appellees.

November 21, 2025

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————